CHARLES S. CLARK, Appellant, *v.* CLIFF PAPER COMPANY, Respondent.

*Clark* v. *Cliff Paper Co.*, 55 App. Div. 625, affirmed.
(Argued October 14, 1902; decided October 28, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 7, 1901, affirming a judgment in favor of defendant entered upon a verdict and an order denying a motion for a new trial.

*Frederic A. Ward* for appellant.

*Morris Cohn, Jr.*, for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, HAIGHT, MARTIN and WERNER, JJ. Not sitting: CULLEN, J.

---

JAMES KEEGAN et al., Respondents, *v.* JOHN SMITH, Appellant, Impleaded with Others.

*Keegan* v. *Smith*, 60 App. Div. 168, affirmed.
(Argued October 14, 1902; decided October 28, 1902.)

APPEAL from a judgment entered May 22, 1901, upon an order of the Appellate Division of the Supreme Court in the first judicial department, which reversed a determination of the Appellate Term of the Supreme Court reversing a judgment in favor of plaintiff entered upon a decision of the City Court of the city of New York and affirmed such City Court judgment.

*George S. Hamlin* and *Andrew M. Clute* for appellant.

*Dennis McMahon* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, HAIGHT, MARTIN, CULLEN and WERNER, JJ.